| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ALR Construction, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   82-1063463

**4. Debtor's address**

**Principal place of business**
1228 Phillips Road
White Pine, TN 37890
Number, Street, City, State & ZIP Code

Jefferson
County

**Mailing address, if different from principal place of business**
1126 Zirkle Road
Dandridge, TN 37725
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor    ALR Construction, Inc. _____    Case number (*if known*) _____
          Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | ALR Construction, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   ALR Construction, Inc.                                        Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 25, 2024
              MM / DD / YYYY

X   /s/   Raymond Graham IV                          Raymond Graham IV
    Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X   /s/ Brenda G. Brooks                             Date   January 25, 2024
    Signature of attorney for debtor                        MM / DD / YYYY

Brenda G. Brooks
Printed name

Moore & Brooks
Firm name

6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
Number, Street, City, State & ZIP Code

Contact phone   (865) 450-5455      Email address   bbrooks@moore-brooks.com

013176 TN
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

# ALR Constructions, Inc.

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   Construction Income | 1,473,194.12 |
| **Total Income** | **$1,473,194.12** |
| **Cost of Goods Sold** | |
|   Construction Materials Costs | 192,203.85 |
|   Equipment Rental for Jobs | 600.63 |
|   Subcontractors Expense | 606,348.63 |
|   Tools and Small Equipment | 774.55 |
| **Total Cost of Goods Sold** | **$799,927.66** |
| **GROSS PROFIT** | **$673,266.46** |
| **Expenses** | |
|   Advertising/Marketing | 3,141.00 |
|   Auto and Truck Expenses | |
|     Auto/Truck Repair & Maintenance | 40,449.78 |
|     Fuel | 45,140.21 |
|   **Total Auto and Truck Expenses** | **85,589.99** |
|   Bank Service Charges | 6,817.26 |
|   Business Licenses and Permits | 2,369.97 |
|   Charitable Contributions | 108.89 |
|   Computer & Technology | 14,072.73 |
|   Contract Labor | 21,693.32 |
|   Depreciation Expense | 79,143.07 |
|   Dues and Subscriptions | 1,465.34 |
|   Insurance Expense | 32,441.49 |
|     Worker's Compensation Insurance | 2,374.80 |
|   **Total Insurance Expense** | **34,816.29** |
|   Interest Expense | 33,275.74 |
|   Legal & Professional | 19,516.50 |
|   Meals and Entertainment | 2,690.77 |
|   Mowing | 500.00 |
|   Office Supplies | 2,734.78 |
|   Payroll Expenses | 0.00 |
|     Taxes | 31,394.58 |
|     Wages | 464,582.00 |
|   **Total Payroll Expenses** | **495,976.58** |
|   Penalty Fees | 250.00 |
|   Pest Control | 1,020.00 |
|   Postage | 42.60 |

# ALR Constructions, Inc.

## Profit and Loss
January - December 2023

|  | TOTAL |
|---|---:|
| Reimbursements | 703.04 |
| Rent - Machinery & Equipment | 2,967.27 |
| Repairs and Maintenance | 1,276.52 |
| Security | 2,059.33 |
| State Excise Tax | 100.00 |
| Supplies & Materials | 57,337.87 |
| Taxes and Licenses | 3,391.95 |
| Telephone Expense | 3,319.25 |
| Trash Removal | 2,231.09 |
| Travel | 1,003.23 |
| Utilities | 9,269.31 |
| **Total Expenses** | **$888,883.69** |
| **NET OPERATING INCOME** | **$ -215,617.23** |
| Other Income |  |
|   Interest Income | 0.62 |
| **Total Other Income** | **$0.62** |
| Other Expenses |  |
|   Miscellaneous | 707.56 |
| **Total Other Expenses** | **$707.56** |
| **NET OTHER INCOME** | **$ -706.94** |
| **NET INCOME** | **$ -216,324.17** |

**Note**
These financial statements have not been audited or reviewed and no CPA expresses an opinion or a conclusion nor provides any assurance on them. Substantially all disclosures are omitted.

# ALR Constructions, Inc.

## Balance Sheet
### As of December 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Business Savings - 4496 | 10.08 |
|     Silver Business Checking 3290 | -56,873.89 |
|       US Bank 3290 | -6,960.09 |
|     **Total Silver Business Checking 3290** | **-63,833.98** |
|   **Total Bank Accounts** | **$ -63,823.90** |
|   Other Current Assets | |
|     Employee Cash Advances | 5,816.73 |
|   **Total Other Current Assets** | **$5,816.73** |
|   **Total Current Assets** | **$ -58,007.17** |
|   Fixed Assets | |
|     Accumulated Depreciation | -221,701.61 |
|     Building | 34,237.05 |
|     Machinery & Equipment | 174,458.95 |
|     Vehicles | 56,883.10 |
|   **Total Fixed Assets** | **$43,877.49** |
| **TOTAL ASSETS** | **$ -14,129.68** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Credit Cards | |
|     Central Bill - 1754 | 13,227.06 |
|     Flex Perks Rewards 4616 | 32,307.18 |
|     Lowe's AmEx 1005 | 4,401.85 |
|   **Total Credit Cards** | **$49,936.09** |
|   Other Current Liabilities | |
|     Payroll Liabilities | 16,409.57 |
|       Federal Taxes (941/944) | 114,861.65 |
|       Federal Unemployment (940) | 1,409.23 |
|       TN Quarterly Taxes | 1,452.29 |
|   **Total Payroll Liabilities** | **134,132.74** |
|   **Total Other Current Liabilities** | **$134,132.74** |
|   **Total Current Liabilities** | **$184,068.83** |

# ALR Constructions, Inc.

## Balance Sheet
### As of December 31, 2023

|  | TOTAL |
|---|---:|
| **Long-Term Liabilities** | |
|   Due to Shareholder | 155,120.36 |
|   NP - Komatsu - Excavator - 1686.57 | 77,582.22 |
|   NP - Komatsu Financial | 21,169.20 |
|   U.S. Bank Business Loan 2440 | 7,187.59 |
|   US Bank Cash Flow 9856 | 4,678.83 |
| **Total Long-Term Liabilities** | **$265,738.20** |
| **Total Liabilities** | **$449,807.03** |
| **Equity** | |
|   Common Stock | 1,000.00 |
|   Retained Earnings | -248,612.54 |
|   Net Income | -216,324.17 |
| **Total Equity** | **$ -463,936.71** |
| **TOTAL LIABILITIES AND EQUITY** | **$ -14,129.68** |

**Note**
These financial statements have not been audited or reviewed and no CPA expresses an opinion or a conclusion nor provides any assurance on them. Substantially all disclosures are omitted.

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: ALR Construction, Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: January 25, 2024

/s/ Raymond Graham IV
Raymond Graham IV/President
Signer/Title

Date: January 25, 2024

/s/ Brenda G. Brooks
Signature of Attorney
Brenda G. Brooks
Moore & Brooks
6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
(865) 450-5455 Fax: (865) 622-8865

```
ABC Supply Co, Inc.
One ABC Parkway
Beloit, WI 53511


Alex and Whitney North
c/o H. Stephen Gillman
Pryor, Priest, Harber, Floyd & Coffey Tw
Knoxville, TN 37901


Alex and Whitney North
PO Box 542
Norris, TN 37828


AMA Recovery
3131 Eastside Street, Suite 435
Houston, TX 77098


American Express
PO Box 6031
Carol Stream, IL 60197


Anderson County Circuit Court
Anderson County Courthouse
100 N. Main Street
Clinton, TN 37716


Blue Haven Funding Limited
12600 Hill County Blvd, Suite R-275
Austin, TX 78738


D&S Insulation
4471 East Andrew Johnson Hwy, Lot #14
Morristown, TN 37814


District Director, IRS
c/o Special Procedures Branch
801 Broadway, MDP 146
Nashville, TN 37203


Global Merchant Cash, Inc.
c/o Karim Sabbidine Thompson Hine, LLP
300 Madison Avenue, 27th Floor
New York, NY 10017


Global Merchant Cash, Inc.
64 Beavers Street, Ste 415
New York, NY 10004


Global Merchant Cash, Inc.
30 Broad Street, 14th Floor
New York, NY 10004


Graham's Recreational Storage, LLC
1228 Phillips Road
White Pine, TN 37890
```

HDEZ Construction, LLC
1210 Carmichael Street
Morristown, TN 37814


Home Depot
Dept. 32 - 2193491671 PO Box 9001030
Louisville, KY 40290


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


IRS
710 Locust Street
Knoxville, TN 37902


Issac Sanchez
1110 Piedmont Circle
Morristown, TN 37814


Kings County Supreme Court
360 Adams Street
Brooklyn, NY 11201


Knox County Chancery Court
Clerk & Master
400 Main Street, Room 125 City County Bu
Knoxville, TN 37902


Knoxville A/C Service
3832 Martin Mill Pike
Knoxville, TN 37920


Komatsu Financial Limited Partnership
8770 W Bryn Mawr Ave., Suite 100
Chicago, IL 60631


Komatsu Financial LP
1701 W. Golf Road, Suite 1-300
PO Box 3002
Rolling Meadows, IL 60008


Mora Painting
436 Regina Circle
Jefferson City, TN 37760


R. Brett Grimm, Esq.
Ambrose, Wilson, Grimm & Durand, LLP
625 S. Gay Street, Suite 550 PO Box 2466
Knoxville, TN 37901


Raymond J. Graham, IV
1126 Zirkle Road
Dandridge, TN 37725

```
Selective Insurance
40 Wantage Avenue
Branchville, NJ 07890


Stringfield Asphalt Paving Company, Inc.
c/o Bryce M. Hardin, Esq.
10413 Kingston Pike, Suite 201
Knoxville, TN 37922


Stringfield Asphalt Paving Company, Inc.
2150 Varner Hollow Road
Loudon, TN 37774


Sunbelt Rentals
1004 Hickory Hill Lane, Unit 1
Hermitage, TN 37076


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384


Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223


Tucker Albin & Associates
1702 North Collins Blvd, Suite 100
Richardson, TX 75080


United Rentals (North America), Inc.
PO Box 100711
Atlanta, GA 30384


United States Attorney
Howard H. Baker, Jr. U.S. Cthse
800 Market Street, Suite 211
Knoxville, TN 37902


US Bank
c/o Rebekah Myers 2310 Sandstone Drive
Morristown, TN 37814


Wall Street Funding
30 Broad Street
New York, NY 10004
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re: ALR Construction, Inc.
Debtor(s)

Case No.
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  ALR Construction, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 25, 2024
Date

/s/ Brenda G. Brooks
Brenda G. Brooks
Signature of Attorney or Litigant
Counsel for  ALR Construction, Inc.
Moore & Brooks
6223 Highland Place Way
Ste 102
Knoxville, TN 37919-4035
(865) 450-5455  Fax:(865) 622-8865
bbrooks@moore-brooks.com