Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ALR Construction, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply Co, Inc.<br>One ABC Parkway<br>Beloit, WI 53511 | (608) 362-7777 | Open Account | | | | $12,754.59 |
| Alex and Whitney North<br>c/o H. Stephen Gillman<br>Pryor, Priest, Harber, Floyd & Coffey<br>Two Centre Square, Suite 600<br>625 Gay Street, PO Box 870<br>Knoxville, TN 37901 | H. Stephen Gillman<br>hsgillman@knoxvillelaw.com<br>(865) 522-4191 | Lawsuit - Anderson Co Circuit #C1LA0005 | | | | $750,000.00 |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | 623-444-3001 fax<br>(888) 986-8263 | Credit card purchases | | | | $4,378.74 |
| Blue Haven Funding Limited<br>12600 Hill County Blvd, Suite R-275<br>Austin, TX 78738 | | Future Receivables Sale and Purchase Agreement | | | | $47,394.00 |
| D&S Insulation<br>4471 East Andrew Johnson Hwy, Lot #14<br>Morristown, TN 37814 | (423) 273-1109 | | | | | $9,800.00 |
| Global Merchant Cash, Inc.<br>c/o Karim Sabbidine<br>Thompson Hine, LLP<br>300 Madison Avenue, 27th Floor<br>New York, NY 10017 | Karim Sabbidine<br>karim.sabbidine@thompsonhine.com<br>(212) 908-3944 | Lawsuit - Kings County New York Supreme Court No. 527788/2022 | Disputed | $166,664.55 | $0.00 | $166,664.55 |

Debtor  **ALR Construction, Inc.**  Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HDEZ Construction, LLC<br>1210 Carmichael Street<br>Morristown, TN 37814 | (423) 307-9238 | | | | | $12,000.00 |
| Home Depot<br>Dept. 32 - 2193491671<br>PO Box 9001030<br>Louisville, KY 40290 | (800) 395-7363 | Open Account | | | | $8,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | (800) 973-0424 | 940 and 941 Taxes | | | | $115,608.02 |
| Issac Sanchez<br>1110 Piedmont Circle<br>Morristown, TN 37814 | (423) 470-1607 | Contractor work | | | | $4,970.00 |
| Knoxville A/C Service<br>3832 Martin Mill Pike<br>Knoxville, TN 37920 | (865) 326-1016 | | | | | $17,800.00 |
| Mora Painting<br>436 Regina Circle<br>Jefferson City, TN 37760 | (865) 297-6370 | | | | | $10,000.00 |
| Raymond J. Graham, IV<br>1126 Zirkle Road<br>Dandridge, TN 37725 | | Money Loaned | | | | $200,000.00 |
| Selective Insurance<br>40 Wantage Avenue<br>Branchville, NJ 07890 | R. Brett Grimm<br><br>rbrettgrimm@awgd.com<br>(865) 544-3000 | Insurance | | | | $54,519.00 |
| Stringfield Asphalt Paving Company, Inc.<br>c/o Bryce M. Hardin, Esq.<br>10413 Kingston Pike, Suite 201<br>Knoxville, TN 37922 | Bryce M. Hardin, Esq.<br><br>bhardin@bearlitigation.com<br>(865) 236-1177 | Lawsuit - Knox Chancery #207155-1 | | | | $141,408.00 |
| Sunbelt Rentals, Inc.<br>PO Box 409211<br>Atlanta, GA 30384 | Caitlynn Hoover<br><br>caitlynn.hoover@sunbeltrentals.com<br>(614) 541-5354 | Equipment Rental | | | | $19,464.40 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  ALR Construction, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United Rentals (North America), Inc.<br>PO Box 100711<br>Atlanta, GA 30384 | (704) 916-4840 | Equipment Rental | | | | $11,781.23 |

**Fill in this information to identify the case:**

Debtor name   ALR Construction, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 25, 2024         **X** /s/   Raymond Graham IV
                                           Signature of individual signing on behalf of debtor

                                           Raymond Graham IV
                                           Printed name

                                           President
                                           Position or relationship to debtor